1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
2 | rebecca.hull@sdma.com
One Market Plaza
3 | Steuart Tower, 8th Floor
San Francisco, California 94105
4 | Telephone: (415) 781-7900
Facsimile: (415) 781-2635
5 |
Attorneys for Plaintiff
6 | Metropolitan Life Insurance Company

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA

9 |

10 | Metropolitan Life Insurance Company, | CASE NO. CV 08-05135 MHP

11 | Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

12 | v. |

13 | Irina N. Cignetti, Jamie C. Cignetti, Paul Cignetti, and Lawrence J. Cignetti, Sr.,

14 |

15 | Defendants.

16 |

17 | Pursuant to Northern District Local Rule 6-1(a), Plaintiff Metropolitan Life Insurance

18 | Company and Defendants Paul Cignetti and Lawrence J. Cignetti, Sr. ("defendants"), hereby

19 | stipulate and agree to an extension of time for defendants to respond to plaintiff's complaint, and

20 | that defendants' responsive pleading will be due on or before Wednesday, March 25, 2009.

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

-1-   CASE NO. CV 08-05135 MHP
STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

1     There has been one prior extension of time.

2     IT IS SO AGREED AND STIPULATED.

3     DATED: February 25, 2009     GILFIX & LA POLL ASSOCIATES

By:  /s/ Cecilia Fusich (as authorized 2/25/09)
      Cecelia Fusich
      Attorneys for Defendants
      Paul Cignetti and Lawrence J. Cignetti, Sr.

9     DATED: February 25, 2009     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/ Rebecca A. Hull
      Rebecca A. Hull
      Attorneys for Plaintiff
      Metropolitan Life Insurance Company

**UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED

Judge Marilyn H. Patel