1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sdma.com
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Plaintiff
6  Metropolitan Life Insurance Company

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 | Metropolitan Life Insurance Company,        | CASE NO. CV 08-05135 MHP
11 |         Plaintiff,                           | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT; DECLARATION OF CECELIA FUSICH
12 |    v.                                        |
13 | Irina N. Cignetti, Jamie C. Cignetti, Paul Cignetti, and Lawrence J. Cignetti, Sr., |
14 |                                              |
15 |         Defendants.                           |

16

17         Pursuant to Northern District Local Rule 6-1(a), Plaintiff Metropolitan Life Insurance

18 Company and Defendants Paul Cignetti and Lawrence J. Cignetti, Sr. ("defendants"), hereby

19 stipulate and agree to an extension of time for defendants to respond to plaintiff's complaint, and

20 that defendants' responsive pleading will be due on or before Friday, April 24, 2009.

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                              -1-                    CASE NO. CV 08-05135 MHP
                    STIPULATION FOR EXTENSION OF TIME FOR
                    DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT

IT IS SO AGREED AND STIPULATED.

DATED: March 24, 2009           GILFIX & LA POLL ASSOCIATES


By: _____
  Cecelia Fusich
  Attorneys for Defendants
  Paul Cignetti and Lawrence J. Cignetti, Sr.


DATED: March 24, 2009           SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
  Rebecca A. Hull
  Attorneys for Plaintiff
  Metropolitan Life Insurance Company


### DECLARATION OF CECELIA FUSICH

I, Cecelia Fusich, declare:

1. I am an attorney admitted to practice before this Court and before all the courts of the state of California. I am an attorney at the law firm of Gilfix & LaPoll Associates, counsel of record for defendants Paul Cignetti and Lawrence J. Cignetti, Sr. ("defendants") in this matter. The statements made herein are within my personal knowledge.

2. This Stipulation is requested so that the parties may finalize documentation of settlement of the action, which is expected to be completed shortly.

3. There have been two prior extensions of time to respond. Given that the parties expect the action to be resolved shortly, this extension is not expected to effect the overall schedule of the case.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Palo Alto, California, on March __, 2009.

_____
Cecelia Fusich

**IT IS SO ORDERED**
Judge Marilyn H. Patel