SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
rebecca.hull@sdma.com
cari.cohorn@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Metropolitan Life Insurance Company,<br><br>        Plaintiff,<br><br>        v.<br><br>Irina N. Cignetti, Jamie C. Cignetti, Paul Cignetti, and Lawrence J. Cignetti, Sr.,<br><br>        Defendants. | CASE NO. CV 08-05135 MHP<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE<br><br>[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE |

        PLEASE TAKE NOTICE that plaintiff Metropolitan Life Insurance Company hereby

dismisses, without prejudice, its complaint on file herein pursuant to F.R.C.P. 41(a)(1)(A)(i).  No

defendant has served an answer.

 DATED:  May 13, 2009                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                         By:   /s/ Rebecca A. Hull
                                               Rebecca A. Hull
                                               Cari A. Cohorn
                                               Attorneys for Plaintiff
                                               Metropolitan Life Insurance Company

        IT IS SO ORDERED.

Dated: 5/14/2009                         _____
                                         Hon. Marilyn H. Patel
                                         United States District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

                                         -1-                CASE NO. CV 08-05135 MHP